**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**DEANNDRE KEENE,**
Appellant,

v.

**COMCAST CABLE,**
Appellee.

**No. 25-1923**

## APPELLANT'S NOTICE REQUESTING STATUS UPDATE REGARDING PENDING APPEAL

Appellant, Deanndre Keene, proceeding pro se, respectfully submits this Notice to request a status update regarding the above-captioned appeal, filed August 12, 2025.

1. This appeal has remained pending before this Court for approximately 14 months.
2. The public docket available through PACER does not reflect recent docket activity sufficient to identify the appeal's current procedural status or stage of review.
3. Given the length of time this appeal has been pending and the substantial record submitted for review, Appellant respectfully requests clarification regarding the appeal's current procedural posture, including whether it remains under review in the Clerk's Office, whether attorney review has been completed or remains pending, and whether the matter has been referred for judicial consideration.
4. Appellant further requests confirmation of whether any procedural requirement, filing, or other action remains outstanding on Appellant's part.
5. This request is made solely to obtain a status update and ensure that Appellant has fulfilled all procedural obligations necessary for the appeal to proceed. Appellant does not seek disclosure of confidential internal deliberations or to interfere with the Court's consideration of the merits.

**WHEREFORE**, Appellant respectfully requests that the Court provide a status update concerning the current procedural stage of this appeal and advise whether any further procedural action is required from Appellant.

**Respectfully,**

**Deanndre keene**

**Pro se Litigant**

**10/15/2026**